

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      *Dmitry Nikolenko v. Luiza Nikolenko*

Appellate case number:    01-20-00284-CV

Trial court case number:  18-DCV-251118

Trial court:              328ᵗʰ Judicial District Court of Fort Bend County, Texas

     Appellant's motion for rehearing is **denied**.

     It is so ORDERED.

Judge's signature: /s/ Amparo Guerra
          ☐ Acting individually    ☒ Acting for the Court*

*Panel consists of Justices Hightower, Countiss, and Guerra.

Date: June 30, 2022